The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 12, 2011, which may be different from its entry on the record.

**IT IS SO ORDERED.**



**Dated: July 12, 2011**

_____
**Arthur I. Harris**
**United States Bankruptcy Judge**

---

BK1105433
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 11-14000 |
| Mattie Lou Tipton | Chapter 7<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY FOR RELIEF FROM STAY AND ABANDONMENT 4275 WEST 140TH STREET, CLEVELAND, OH 44135** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to the Leader Mortgage Company, LLC successor by merger to the Leader Mortgage Company ("Movant"). (Docket **9**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the

Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 4275 West 140th Street Cleveland, OH 44135.

###

SUBMITTED BY:

/s/ Jill L Fealko
Jill L Fealko, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072545
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3174
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Beneficial/Hfc - Creditor
P.O. Box 3425
Buffalo, NY 14240
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Jill L Fealko, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

James Tipton Jr. - Creditor
4275 West 140th Street
Cleveland, OH 44135
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Mark H Knevel, Esq. - Attorney for Debtor
National City Bank Bldg - Suite 519
629 Euclid Avenue
Cleveland, OH 44114
mknevel@knevel.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Marvin A. Sicherman - Trustee
1100 AmTrust Bank Center
1801 East 9th Street
Cleveland, OH 44114-3169
sicherman_trustee@dsb-law.com
VIA ELECTRONIC SERVICE

Mattie Lou Tipton - Debtor
4275 West 140th Street
Cleveland, OH 44135
ORDINARY U.S. MAIL, POSTAGE PRE-PAID